MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
NICOLE VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRADLEY GOMEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 2:25-MJ-0046 SCR<br><br>ORDER TO FILE REDACTED COPY OF COMPLAINT AFFIDAVIT |

The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion to File Redacted Copy of Affidavit in Support of Criminal Complaint is GRANTED. The Clerk of the Court is directed to unseal the above referenced case, seal the original Criminal Complaint and the United States' Motion to Redact. The Clerk of the Court is further directed to file the redacted Criminal Complaint on the public docket.

Dated: March 3, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE